IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY REED,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 16 et al.,<br><br>    Defendants.<br>_____/ | No. C-05-2839 MMC<br><br>**ORDER DIRECTING DEFENDANT LOCAL 16 TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On July 18, 2005, defendant International Alliance of Theatrical Stage Employees, Motion Picture Technicians, Artists and Allied Crafts of the United States, its Territories and Canada, Local 16 ("Local 16") electronically filed an answer to plaintiff's complaint in the above-titled action. Defendant Local 16 has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

1  Defendant Local 16 is hereby ORDERED to comply with General Order 45 and the
2 Court's standing orders by immediately submitting a chambers copy of the above-
3 referenced document.  The parties are hereby advised that if either party fails in the future
4 to comply with the Court's order to provide chambers copies of electronically-filed
5 documents, the Court may impose sanctions on the noncomplying party, including, but not
6 limited to, striking from the record any electronically-filed document of which a chambers
7 copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: July 22, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge