IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY REED,<br><br>　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 16 et al.,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C-05-2839 MMC<br><br>**ORDER STRIKING DEFENDANT LOCAL 16'S ANSWER** |

　　　On July 18, 2005, defendant International Alliance of Theatrical Stage Employees, Motion Picture Technicians, Artists and Allied Crafts of the United States, its Territories and Canada, Local 16 ( "Local 16") electronically filed an answer to plaintiff's complaint in the above-titled action.  Defendant Local 16 violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

1  In an order filed July 22, 2005, the Court ordered defendant Local 16 to immediately submit a chambers copy of its answer, and warned it that if it failed in the future to comply with the Court's order to submit chambers copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely provided to the Court.

Defendant Local 16 again has violated the Court's order by failing to lodge a chambers copy of its answer. The Court expects the parties to comply with the Court's orders without being repeatedly reminded to do so. Accordingly, the Court hereby STRIKES defendant Local 16's answer from the record, without prejudice to its filing a new copy of the document in compliance with General Order 45 and accompanied by a declaration explaining the reasons for its failure to date to abide by the Court's orders.

**IT IS SO ORDERED.**

Dated: July 29, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge