United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY REED,<br><br>            Plaintiff,<br><br>   v.<br><br>INTERNATIONAL ALLIANCE OF<br>THEATRICAL STAGE EMPLOYEES,<br>MOTION PICTURE TECHNICIANS,<br>ARTISTS AND ALLIED CRAFTS OF THE<br>UNITED STATES, ITS TERRITORIES AND<br>CANADA, LOCAL 16 et al.,<br><br>            Defendants<br>_____/ | No. C 05-2839 MMC<br><br>**ORDER VACATING AUGUST 19, 2005<br>HEARING ON MOTION TO DISMISS** |

   Before the Court is the motion of defendants F.X. Crowley and Richard J. Putz to dismiss, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, all claims asserted against them.  As the motion is scheduled for hearing August 19, 2005, plaintiff's opposition was due no later than July 29, 2005.  See Civil L.R. 7-3(a) (providing opposition to a motion must be filed no less than 21 days before the hearing date).  To date, no opposition has been filed.

   Accordingly, the Court deems the matter submitted on the moving papers and

/ /

/ /

1   VACATES the hearing scheduled for August 19, 2005.

2   **IT IS SO ORDERED.**

3   Dated: August 2, 2005

    _____
    MAXINE M. CHESNEY
    United States District Judge